UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRISON LAW CLINIC, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-02692 KJM AC P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He sought leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 2. On May 11, 2017, the court determined that plaintiff was a "three-striker" within the meaning of 28 U.S.C. § 1915(g). ECF No. 7 at 1-2. Accordingly, it denied plaintiff's in forma pauperis application and ordered him to submit the full filing fee within twenty-one days of that order's entry. Id. at 3. That deadline has now passed, and plaintiff has failed to submit either the filing fee or a response to the court's order.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty one days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998); <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 19, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE